IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-105-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| HEATHER L. MANYEN, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 134), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Heather Manyan's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 4th day of September 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge